**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CM EBAR, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Elephant Bar** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1579894** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2270 Village Walk Dr.** <br> **Henderson, NV 89052** <br> Number, Street, City, State & ZIP Code | **P.O. Box 189 Bedford Hills** <br> **Bedford Hills, NY 10507** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Clark** <br> County | **Location of principal assets, if different from principal place of business** <br> **Various locations in Nevada, California and New Mexico** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **CM EBAR, LLC**                                                     Case number (*if known*) _____
         Name

---

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   **7225**

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

Debtor    **CM EBAR, LLC**                                          Case number (*if known*) _____
          Name

---

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

           Contact name       _____

           Phone              _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ■ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **CM EBAR, LLC** _____    Case number (*if known*) _____
     Name

▆    **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
     **of authorized**
     **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 17, 2017** _____
               MM / DD / YYYY

**X** **/s/ Barry L. Kasoff** _____      **Barry L. Kasoff** _____
     Signature of authorized representative of debtor           Printed name

Title   **Manager** _____

---

**18. Signature of attorney**

**X** **/s/ Zachariah Larson** _____     Date **October 17, 2017** _____
     Signature of attorney for debtor                              MM / DD / YYYY

**Zachariah Larson** _____
Printed name

**LARSON & ZIRZOW, LLC** _____
Firm name

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101** _____
Number, Street, City, State & ZIP Code

Contact phone  **(702) 382-1170** _____    Email address    zlarson@lzlawnv.com _____

**7787** _____
Bar number and State

## WRITTEN CONSENT OF THE MEMBERS OF CM EBAR, LLC,
### a Texas limited liability company

The undersigned, being the sole manager of EBAR, LLC ("Member"), as the sole member of CM EBAR, LLC, a Texas limited liability company (the "Company"), hereby approves and adopt the following resolutions effective as of October 16, 2017:

RESOLVED, that in the judgment of the Member, it is desirable and in the best interests of the Company and its creditors, members and other interested parties that a voluntary petition for relief be filed under the provisions of chapter 11 of title 11 of the United States Code, and such filing is authorized hereby, and the Company shall initiate a bankruptcy case and proceedings;

RESOLVED, that as Manager of the Company, Barry L. Kasoff ("Mr. Kasoff") shall be authorized, empowered and directed, in the name, and on behalf of the Company, to execute and verify a bankruptcy petition and amendments thereto under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine;

RESOLVED, that on or about July 24, 2017, Debtor entered into a management agreement with JBC Management, LLC to operate and manage the seven (7) operating restaurants owned by the CM Ebar, LLC, LLC. JBC Management is, therefore, the operating management company running the day-to-day operations of CM Ebar, LLC. Zachary Conine ("Mr. Conine") is a principal of JBC Management and has extensive operational, marketing and financial experience.

BE IT FURTHER RESOLVED that Mr. Conine (the "Responsible Person") shall be designated as the responsible person in the Company's chapter 11 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case;

BE IT FURTHER RESOLVED that the law firm of LARSON & ZIRZOW, LLC is engaged and shall continue its engagement as attorneys for the Company in the chapter 11 case as general reorganization counsel as subject to any requisite bankruptcy court approval;

BE IT FURTHER RESOLVED that the Responsible Person, and such other persons as the he shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such person, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all motion, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the chapter 11 case;

BE IT FURTHER RESOLVED that the Responsible Person, and such other persons as he shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such person, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute deliver,

certify, file and/or record, and perform such agreements, instruments, motions, affidavits, declarations, applications, certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful chapter 11 reorganization of the business of the Company;

BE IT FURTHER RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned, by execution hereof, hereby approve this Written Consent as of the date first above written.

Sole Member: EBAR, LLC
a Delaware limited liability company

By: _____
        Barry L. Kasoff

Its:  Manager

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **CM EBAR, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CMG INSURANCE Attn: Managing Member 18900 DALLAS PKWY STE 125 DALLAS, TX 75287** | | **Premiums** | | | | **$1,210,880.39** |
| **SYSCO SACRAMENTO INC Attn: Managing Member PO BOX 138007 SACRAMENTO, CA 95813-8001** | | **Vendor** | | | | **$292,637.16** |
| **MISSION LINEN SUPPLY CORP Attn: Managing Member PO BOX 1299 SANTA BARBARA, CA 93102-1299** | | **Services** | | | | **$176,055.90** |
| **DAYLIGHT FOODS INC Attn: Managing Member 660 VISTA WAY MILPITAS, CA 95035** | | **Vendor** | | | | **$165,673.33** |
| **PACIFIC GAS & ELECTRIC Attn: Managing Member BOX 997300 SACRAMENTO, CA 95899-7300** | | **Utilities** | | | | **$144,392.24** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Debtor | **CM EBAR, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **5060 MONTCLAIR PLAZA LN Attn: Managing Member 5060 E MONTCLAIR PLAZA LANE MONTCLAIR, CA 91763** | | **Past due rent 2016.** | | | | **$138,643.55** |
| **DALY CITY SERRAMONTE CENTER Attn: Managing Member DEPT 3319 LOS ANGELES, CA 90084-3319** | | **Past due rent, Nov.16 thru March 2017** | | | | **$127,888.60** |
| **DOWNEY LANDING LLC C/O INVESTEC MGMT CORP 200 E CARRILLO STREET STE 200 SANTA BARBARA, CA 93101** | | **Past due rent, Apr 2017 thru Aug 2017** | | | | **$125,207.43** |
| **WICK PHILLIPS GOULD AND MARTIN LLP Attn: Managing Member 3131 MCKINNEY AVE  STE 100 DALLAS, TX 75204** | | **Services** | | | | **$118,407.98** |
| **WEST COUNTY MALL CMBS LLC Attn: Managing Member PO BOX 74045 CLEVELAND, OH 44194-4045** | | **Past due rent, Apr 2017 thru Aug 2017** | | | | **$112,347.02** |
| **JG DUTRA & SON Attn: Managing Member 4568 THORTON AVE FREMONT, CA 94536-5662** | | **Past due rent, Jun 2016 thru Aug 2016** | | | | **$98,333.36** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **CM EBAR, LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PRK HOLDINGS IV LLC DBA  FREMONT RETAIL PARTNERS Attn: Managing Member PO BOX 82565 GOLETA, CA 93118-2565 | | Past due rent, Sep 2016 thru Nov 2016 | | | | $95,683.54 |
| JAIME SIREBRENIK JAIME AND IRENE SIREBRENIK TR 9454 WILSHIRE BLVD  STE 207 BEVERLY HILLS, CA 90212 | | Past due rent, Jun 2016 thru Aug 2016 | | | | $92,496.24 |
| AMERICAN STRATEGIC VALUE RLTY FND LP Attn: Managing Member PO BOX 740605 LOS ANGELES, CA 90074-0605 | | Past due rent, 2016 | | | | $92,496.24 |
| ARC PARTNERS LLC Attn: Managing Member 108 UNION AVE STE 5 CRANFORD, NJ 07016 | | Past due rent, May-Aug 2016 | | | | $92,157.50 |
| CASTLE & COOKE COMMERCIAL Attn: Managing Member P O BOX 11165 BAKERSFIELD, CA 93389-1165 | | Past due rent, May thru Sept 2016 | | | | $89,971.98 |
| GRAND PLAZA LLC C/O NEWMARK MERRILL COMPANIES Attn: Managing Member PO BOX 31001 2348 PASADENA, CA 91110-2348 | | Past due rent, Jun 2016 thru Nov 2016 | | | | $86,659.67 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **CM EBAR, LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SYSCO LOS ANGELES INC Attn: Managing Member 20701 E CURRIER RD WALNUT, CA 91789** | | **Vendor** | | | | **$72,491.63** |
| **PROPCOR II ASSOCIATES LLC DBA BOULEVARD SHOPS A Attn: Managing Member PO BOX 31001 2049 PASADENA, CA 91110-2049** | | **Services** | | | | **$66,380.43** |
| **SYSCO ARIZONA INC - ARIZONA Attn: Managing Member PO BOX 23430 PHOENIX, AZ 85063-9959** | | **Vendor** | | | | **$66,321.74** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

CM EBAR, LLC
P.O. Box 189 Bedford Hills
Bedford Hills, NY 10507

.

Zachariah Larson
LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, NV 89101

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

United States Trustee
300 Las Vegas Blvd., South #4300
Las Vegas, NV 89101

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Social Security Administration
Attn:  Bankruptcy Desk/Managing Agen
PO Box 33021
Baltimore, MD 21290-3021

5060 MONTCLAIR PLAZA LN
Attn: Managing Member
5060 E MONTCLAIR PLAZA LANE
MONTCLAIR, CA 91763

5616 BAY STREET INV LLC
Attn: Managing Member
PO BOX 745857
LOS ANGELES, CA 90074-5857

A-1 ACTION PLUMBING & ROOTE
Attn: Managing Member
4375 EAST SAHARA AVE STE \33
LAS VEGAS, NV 89104

A1 SEPTIC TANK SERVICE INC
Attn: Managing Member
1111 INDUSTRIAL PKWY W
HAYWARD, CA 84544

AAA PUMPING SERVICE INC.
Attn: Managing Member
P.O. BOX 12186
ALBUQUERQUE, NM 87195-0186

ABBA LOCKSMITH
Attn: Managing Member
PO BOX 3245
OCEANSIDE, CA 92051-3245

ABSOLUTE PLUMBING INC
DBA  ABSOLUTE PLBG & DRAIN
Attn: Managing Member
2170 COMMERCE AVE STE D
CONCORD, CA 94520

ADVANCE FIRE PROTECTION CO INC
Attn: Managing Member
1451 WEST LAMBERT ROAD
LA HABRA, CA 90631

AEC ALARMS
Attn: Managing Member
499 E TAYLOR STREET
SAN JOSE, CA 95112-3138

AFA KRAUSE INC
Attn: Managing Member
45 W 10000 S STE 201
SANDY, UT 84070

AIRE RITE
Attn: Managing Member
15122 BOLSA CHICA ST.
HUNTINGTON BEACH, CA 92649

ALAMEDA COUNTY WATER DISTR
Attn: Managing Member
43885 S GRIMMER BLVD
FREMONT, CA 94538

ALBUQUERQUE BERNALILLO COUNTY
WATER UTILITY AUTHORITY
Attn: Managing Member
P O BOX 1313
ALBUQUERQUE, NM 87103-1313

ALBUQUERQUE PLUMBING HEATING &
COOLING INC
Attn: Managing Member
6145 2ND STREET
ALBUQUERQUE, NM 87107

ALBUQUERQUE THE MEDIA CORP
DBA ALBUQUERQUE THE MAGAZI
Attn: Managing Member
1550 MERCANTILE AVE NE
ALBUQUERQUE, NM 87107-7000

ALFONSO DUARTE
DBA  ALS AUTO UPHOLSTERY
Attn: Managing Member
3900 CENTRAL AVE SW
ALBUQUERQUE, NM 87105

ALL POINTS PUBLIC
RELATIONS LLC
Attn: Managing Member
707 LAKE COOK RD STE 340
DEERFIELD, IL 60015

ALL TECH SERVICE COMPANY IN
Attn: Managing Member
PO BOX 67018
ALBUQUERQUE, NM 87193

ALL VALLEY ENVIRONMENTAL INC.
Attn: Managing Member
PO BOX 11006
FRESNO, CA 93771-1006

ALLIED FIRE PROTECTION INC
Attn: Managing Member
2845 N NORFOLK
MESA, AZ 85215

ALLSTATE FIRE EQUIPMENT CORP
Attn: Managing Member
5040 SOBB AVE
LAS VEGAS, NV 89118

ALSCO INC   226
Attn: Managing Member
315 LYNCH ST
ST LOUIS, MO 63118

ALSCO  INC   226
Attn: Managing Member
2300 NORTH COMMERCE STREET
NORTH LAS VEGAS, NV 89030

ALUM-A-POLE MAINTENANCE  SERVICE
Attn: Managing Member
PO BOX 2268
OCEANSIDE, CA 92051

AMADOR  VALLEY  INDUSTRIES
Attn: Managing Member
PO BOX 12617
PLEASANTON, CA 94588

AMARJEET  S  SEKHON
DBA BAY AREA FIRE PROTECTION
Attn: Managing Member
316 SUNSET VISTA DR
WATSONVILLE, CA 95076

AMAZON LANDSCAPE  &  MAINTEN
Attn: Managing Member
306-N W EL NORTE PKWY STE 86
ESCONDIDO, CA 92026

AMBIENT TEMPERATURE CONTROL INC
Attn: Managing Member
2403 RESEARCH DR
LIVERMORE, CA 94550

AMEREN  MISSOURI
Attn: Managing Member
PO BOX 88068
CHICAGO, IL 60680-1068

AMERICAN  LANDSCAPE  MAINTEN
Attn: Managing Member
9432 MOTSENBOCKER ROAD
PARKER, CO 80134

AMERICAN  STRATEGIC  VALUE  RLTY  FND
Attn: Managing Member
PO BOX 740605
LOS ANGELES, CA 90074-0605

AMERICAS PLUMBING CO. INC.
Attn: Managing Member
4878 PASADENA AVE UNIT 1
SACRAMENTO, CA 95841

AMSCOT  CORPORATION
Attn: Managing Member
600 N WESTSHORE BLVD STE 1200
TAMPA, FL 33609

ANA  MARIA  CEDENO  SANTOS
DBA   JANITORIAL  SERIVCES
Attn: Managing Member
3222 E DAKOTA AVE #105
FRESNO, CA 93726

ANDYS MAINTENANCE  SERVICES
Attn: Managing Member
3118 W. THOMAS ROAD SUITE 702
PHOENIX, AZ 85017

ANHEUSER  BUSCH  SALES
BEACH CITIES
Attn: Managing Member
20499 S REEVES AVE
CARSON, CA 90810

ANHEUSER-BUSCH  SALES  OF  DENVER
Attn: Managing Member
1455 E 62ND AVE
DENVER, CO 80216

APPLIED  BEHAVIOR  CONSULTANTS
Attn: Managing Member
7109 DANNY DR
STOCKTON, CA 95210

ARAPAHOE  COUNTY  TREASURER
Attn: Managing Member
5334 S PRINCE STREET
LITTLETON, CO 80120-1136

ARC  PARTNERS  LLC
Attn: Managing Member
108 UNION AVE STE 5
CRANFORD, NJ 07016

ARNOLD  AND  BERTHA  GALARZA
Attn: Managing Member
3840 BAYSHORE BLVD
BRISBANE, CA 94005

ARROWHEAD  SUPERIOR
REFRIGERATION  SERVICE  LLC
Attn: Managing Member
PO BOX 82783
PHOENIX, AZ 85071

ASF  ELECTRIC  INC
Attn: Managing Member
76 HILL ST
DALY CITY, CA 94014

ASP  HOLDING  CO  INC
DBA ASAP DRAIN GUYS & PLUMBING
Attn: Managing Member
120 N PACIFIC ST #J1
SAN MARCOS, CA 92069

ATHENS  SERVICES
DBA ATHENS SERVICES
Attn: Managing Member
PO BOX 60009
CITY OF INDUSTRY, CA 91716-0009

AUTOMATIC  FIRE  INC.
Attn: Managing Member
P.O. BOX 21241
CONCORD, CA 94521

AWNING  DETAILERS  INC
Attn: Managing Member
PO BOX 1236
ANITOCH, CA 94509

B&R  LANDSCAPING  INC.
Attn: Managing Member
2297 TOSCANO DRIVE
MANTECA, CA 95337

BAKER  COMMODITIES  INC
Attn: Managing Member
4020 BANDINI BLVD
VERNON, CA 90058

BAKER  COMMODITIES  INC
Attn: Managing Member
4020 BANDINI BLVD
LOS ANGELES, CA 90023

BAKER  COMMODITIES  INC  (AZ)
Attn: Managing Member
PO BOX 6518
PHOENIX, AZ 85005-6518

BAKER COMMODITIES, INC.
Attn: Managing Member
PO BOX 416
KERMAN, CA 93630

BAKER COMMODITIES INC (231)
Attn: Managing Member
5725 RANGE ROAD
LAS VEGAS, NV 89115

BANCROFT-CLOVER WATER &
SANITATION DISTRICT
Attn: Managing Member
900 SOUTH WADSWORTH BLVD.
LAKEWOOD, CO 80226-4306

BARBARA CORINA
c/o Martin Horowitz

BAY ALARM (208)
Attn: Managing Member
P.O. BOX 7137
SAN FRANCISCO, CA 94120-7137

BAY AREA DISTRIBUTING CO.
Attn: Managing Member
1061 FACTORY ST
RICHMOND, CA 94801

BEISHIR LOCK & SAFE INC.
Attn: Managing Member
5423 S. LINDBERGH BLVD.
ST. LOUIS, MO 63123

BELCOFF HYGIENE INC
DBA  ENVIROMASTER OF NEW MEX
Attn: Managing Member
PO BOX 12350
CHARLOTTE, NC 28220

BELMAR COMMERCIAL OWNER L
Attn: Managing Member
PO BOX 912904
DENVER, CO 80291-2904

BENRICH SERVICE COMPANY INC.
Attn: Managing Member
3190 - G AIRPORT LOOP DRIVE
COSTA MESA, CA 92626

BETTER BEVERAGES
Attn: Managing Member
PO BOX 1399
BELLFLOWER, CA 90707-1460

BLUE DOT SAFES
Attn: Managing Member
2707 N. GAREY AVE.
POMONA, CA 91767

BOBBY MACIAS ELECTRIC
Attn: Managing Member
332 W ANDRIX STREET
MONTERY PARK, CA 91754

BOBS POWER WASHING
Attn: Managing Member
PO BOX 29280
THORNTON, CO 80229

BONANZA BEVERAGE COMPANY
Attn: Managing Member
6333 S. ENSWORTH STREET
LAS VEGAS, NV 89119

BRYN MAWR EQUIPMENT FINANCE
ATTN: MANAGING MEMBER
P.O.BOX 692
Bryn Mawr, PA 19010-0692

BRYN MAWR EQUIPMENT FINANCE INC
Attn: Managing Member
620 W GERMANTOWN PIKE #310
PLYMOUTH MEETING, PA 19462-2227

BULLS EYE TECHNICAL SVCE INC
Attn: Managing Member
3021 S VALLEY VIEW BLVD #111
LAS VEGAS, NV 89102

BURRTEC WASTE & RECYCLING
Attn: Managing Member
P0 BOX 5518
BUENA PARK, CA 90622-5518

C AND C PLUMBING INC
Attn: Managing Member
PO BOX 27036
DENVER, CO 80227

CALEB SKANDERA
DBA  CAL GASKETS
Attn: Managing Member
122 SCOTT STREET
SANTA ROSA, CA 95401

CALIFORNIA WATER SERVICE CO
Attn: Managing Member
PO BOX 940001
SAN JOSE, CA 95194-0001

CALMET SERVICES INC.
Attn: Managing Member
PO BOX 227
PARAMOUNT, CA 90723

CAMERON GROUP ASSOCITES LLP
Attn: Managing Member
600 E. COLONIAL DR SUITE 100
ORLANDO, FL 32803

CASTLE & COOKE COMMERCIAL
Attn: Managing Member
P O BOX 11165
BAKERSFIELD, CA 93389-1165

CENTENNIAL TAP BEER SERVICE
Attn: Managing Member
1930 W. 41ST AVE.
DENVER, CO 80211

CENTURY LINK
Attn: Managing Member
PO BOX 2961
PHOENIX, AZ 85062-2961

CHEF WORKS
Attn: Managing Member
12325 KERRAN STREET
POWAY, CA 92064-8837

CIMAS LANDSCAPE &
MAINTENANCE
Attn: Managing Member
3181 LUYUNG DR UNIT B
RANCHO CORDOVA, CA 95742

CITRUS HEIGHTS
WATER DISTRICT
Attn: Managing Member
DEPT LA 23168
PASADENA, CA 91185-3168

CITY LOCK & KEY
Attn: Managing Member
PO BOX 15034
ANAHEIM, CA 92803-5034

CITY OF ALBUQUERQUE
Attn: Managing Member
PO BOX 17
ALBUQUERQUE, NM 87103-0017

CITY OF BAKERSFIELD
Attn: Managing Member
3725 S H ST
BAKERSFIELD, CA 93304-6538

CITY OF BURLINGAME
/WATER BILL
Attn: Managing Member
PO BOX 191
BURLINGAME, CA 94011-0191

CITY OF CHANDLER
Attn: Managing Member
PO BOX 52158
PHEONIX, AZ 85072-2158

CITY OF CITRUS HEIGHTS
Attn: Managing Member
6315 FOUNTAIN SQUARE DRIVE
CITRUS HEIGHTS, CA 95621

CITY OF DALY CITY
BUSINESS LICENSE DIVISION
Attn: Managing Member
333 90TH STREET
DALY CITY, CA 94015

CITY OF DALY CITY
UTILITY BILLING
Attn: Managing Member
PO BOX 840
DALY CITY, CA 94017-0840

CITY OF DOWNEY
WATER DIVISION
Attn: Managing Member
DEPT LA 23221
PASADENA, CA 91185-3221

CITY OF FRESNO
(WATER & TRASH)
Attn: Managing Member
PO BOX 2069
FRESNO, CA 93718-2069

CITY OF HAYWARD
Attn: Managing Member
777 B STREET
HAYWARD, CA 94541-5007

CITY OF HAYWARD FARP
Attn: Managing Member
PO BOX 398258
SAN FRANCISCO, CA 94139

CITY OF LAKEWOOD
Attn: Managing Member
FILE 749086
LOS ANGELES, CA 90074-9086

CITY OF MONTCLAIR
FINANCE DEPARTMENT
Attn: Managing Member
PO BOX 2308
MONTCLAIR, CA 91763-0808

CITY OF PEORIA
Attn: Managing Member
8401 W. MONROE
PO BOX 80031
PEORIA, AZ 85380-1059

CITY OF SACRAMENTO
Attn: Managing Member
951 I STREET RM 1214
SACRAMENTO, CA 95814

CITY OF SACRAMENTO
(UTILITIES)
Attn: Managing Member
PO BOX 2770
SACRAMENTO, CA 95812-2770

CITY OF TORRANCE
Attn: Managing Member
PO BOX 51159
TORRANCE, CA 90051-5459

CITY OF TORRANCE
REVENUE DIVISION
Attn: Managing Member
3031 TORRANCE BLVD
TORRANCE, CA 90503

CLARK COUNTY ASSESSOR
Attn: Managing Member
500 S GRAND CENTRAL PKWY
PO BOX 551401    2ND FLR
LAS VEGAS, NV 89155-1401

CLASSIC WINES LLC
Attn: Managing Member
6489 E 39TH AVE
DENVER, CO 80207-1334

CMG INSURANCE
Attn: Managing Member
18900 DALLAS PKWY STE 125
DALLAS, TX 75287

CMG MANAGEMENT SOLUTIONS
Attn: Managing Member
18900 DALLAS PKWY STE 125
DALLAS, TX 75287

COCA COLA COMPANY
Attn: Managing Member
PO BOX 102703
ATLANTA, GA 30368

COLLINS ELECTRICAL COMPANY
Attn: Managing Member
1902 CHANNEL DR
W SACRAMENTO, CA 95691-3441

COLORADO SPRINGS UTILITIES
Attn: Managing Member
PO BOX 1103
COLORADO SPRING, CO 80947-0010

COMMERCIAL LANDSCAPE &
MAINTENANCE SERVICES
Attn: Managing Member
PO BOX 265
SANTA CLARA, CA 95052

COMMUNITY FOOD BANK
ATTN: DENISE OCANTO
3403 E CENTRAL AVE
FRESNO, CA 93725

CONCORD DISPOSAL SERVICE
Attn: Managing Member
PO BOX 5397
CONCORD, CA 94524-2012

CONCRETE LANDSCAPE SERVICES
Attn: Managing Member
11151 TRADE CENTER DR
STE 204
RANCHO CORDOVA, CA 95670

CONTINENTAL VINEYARDS LLC
DBA BROKEN EARTH WINERY
Attn: Managing Member
PO BOX 1498
PASO ROBLES, CA 93447

CORRIGO INCORPORATED
Attn: Managing Member
DEPT 0439
PO BOX 120439
DALLAS, TX 75312-0439

CULLIGAN (213)(218)
Attn: Managing Member
1200 ARDEN WAY
SACRAMENTO, CA 95815

DALY CITY SERRAMONTE CENTER
Attn: Managing Member
DEPT 3319
LOS ANGELES, CA 90084-3319

DAYLIGHT FOODS INC
Attn: Managing Member
660 VISTA WAY
MILPITAS, CA 95035

DEISCH MARION AND KLAUS PC
Attn: Managing Member
851 CLARKSON ST
DENVER, CO 80218

DIAMOND SHARP CUTLERY
Attn: Managing Member
4559 B STREET
STOCKTON, CA 95206

DONS ROOTER
Attn: Managing Member
7781 ARTESIA BLVD
BUENA PARK, CA 90621

DRAFT TAPS SOLUTIONS INC
Attn: Managing Member
4033 BELL AVE STE 19
BELL, CA 90201

DUSTY JOHNSON
DBA  BULLSEYE MECHANICAL
7633 ORANGE AVE
CITRUS HEIGHTS, CA 95610

CONTRA COSTA WATER DISTRICT
Attn: Managing Member
1331 CONCORD AVE
PO BOX H20
CONCORD, CA 94524-2099

COZZINI BROS INC.
Attn: Managing Member
350 HOWARD AVE
DES PLAINES, IL 60018

D & S UPHOLSTERY
Attn: Managing Member
37660 TIMBER ST.
NEWARK, CA 94560

DANE BRODINE
DBA  BRODINE STEAM CLEANING
4001 INGLEWOOD AVE
STE 101 190
REDONDO BEACH, CA 90278

DBI BEVERAGE SACRAMENTO
Attn: Managing Member
3500 CARLIN DRIVE
WEST SACRAMENTO, CA 95691

DENVER CUTLERY
Attn: Managing Member
PO BOX 21797
DENVER, CO 80221-0797

DIRECT TV
Attn: Managing Member
PO BOX 105249
ATLANTA, GA 30348-5249

DOT IT RESTAURANT FULFILLMENT
Attn: Managing Member
2001 E RANDOL MILL RD STE 117
ARLINGTON, TX 76011

DTT INC
Attn: Managing Member
1755 N MAIN ST
LOS ANGELES, CA 90031

DWB SECURITY SERVICE INC
Attn: Managing Member
PO BOX 1431
NORTH HIGHLANDS, CA 95660

CORODATA RECORDS MGMT INC
Attn: Managing Member
PO BOX 842638
LOS ANGELES, CA 90084-2638

CRYSTAL SPRINGS LANDSCAPE C
Attn: Managing Member
426 PERRYMONT AVE.
SAN JOSE, CA 95125

D AND S SECURITY LLC
Attn: Managing Member
5411 VALLEY BLVD
LOS ANGELES, CA 90032

DANIEL JARAMILLO
Attn: Managing Member
6650 2ND ST NW
ALBUQUERQUE, NM 87107

DBI BEVERAGE SAN FRANCISCO
Attn: Managing Member
245 S SPRUCE AVE
SAN FRANCISCO, CA 94080

DENVER WATER
Attn: Managing Member
PO BOX 173343
DENVER, CO 80217-3343

DONALD R. WHITE
Attn: Managing Member
1221 OAK STREET
OAKLAND, CA 94612-4286

DOWNEY LANDING LLC
C/O INVESTEC MGMT CORP
200 E CARRILLO STREET STE 200
SANTA BARBARA, CA 93101

DUBLIN SAN RAMON SVCS DISTR
Attn: Managing Member
7051 DUBLIN BOULEVARD
DUBLIN, CA 94568

E BUILDING SERVICE
Attn: Managing Member
2871 N SPEER BLVD
DENVER, CO 80211

EARTHTONES LANDSCAPING LLC
Attn: Managing Member
PO BOX 620237
OVIEDO, FL 32762

ECOLAB FOOD SAFETY SPECIALTIES
Attn: Managing Member
24198 NETWORK PLACE
CHICAGO, IL 60673-1241

ECOLAB INSTITUTIONAL
Attn: Managing Member
P.O. BOX 100512
PASADENA, CA 91189-0512

ECOLAB PEST ELIMINATION DIV
Attn: Managing Member
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

EDCO DISPOSAL CORPORATION
Attn: Managing Member
PO BOX 5398
BUENA PARK, CA 90622-5398

EDCO WASTE & RECYCLING SVC
Attn: Managing Member
P.O. BOX 5488
BUENA PARK, CA 90622-5488

ELDRIDGE & SONS PLUMBING
Attn: Managing Member
390 E MCGLINCY LANE SUITE F
CAMPBELL, CA 95008

ENCORE OILS LLC
DBA SEQUENTIAL PAC BIODIESEL
Attn: Managing Member
3333 NW 35TH AVE BLDG C
PORTLAND, OR 97210

ENVIROMASTER INTL FRCHS LLC
DBA ENVIRO MASTER SERVICES
Attn: Managing Member
PO BOX 12350
CHARLOTTE, NC 28220

EQ3, INC.

ET SERVICES
Attn: Managing Member
P.O. BOX 608
CLOVIS, CA 93613

EVANS INVESTMENT GROUP INC
Attn: Managing Member
9810 PAGE AVE
ST LOUIS, MO 63132

EVERSHINE VI LP
Attn: Managing Member
19620 STEVENS CREEK BLVD #200
CUPERTINO, CA 95014

EXPRESS REFRIGERATION LLC
Attn: Managing Member
3873 COMB COURT
LAS VEGAS, NV 89104

FABULOUS FISH COMPANY (226)
Attn: Managing Member
13560 NW INDUSTRIAL DR
BRIDGETON, MO 63044

FACILITY SOLUTIONS GROUP INC
Attn: Managing Member
PO BOX 896508
CHARLOTTE, NC 28289-6508

FAIRVIEW HEATING AND AIR
CONDITIONING INC
Attn: Managing Member
PO BOX 914
BRENTWOOD, CA 94513

FARFAN, INC.

FEDERAL EXPRESS CORP.
Attn: Managing Member
PO BOX 7221
PASADENA, CA 91109-7321

FEDEX GROUND
Attn: Managing Member
PO BOX 94515
PALATINE, IL 60094-4515

FIRE KING COMMERCIAL SVCS L
Attn: Managing Member
2789 SOLUTION CENTER
CHICAGO, IL 60677-2007

FIREEYE INC
DBA MANDIANT
Attn: Managing Member
1440 MCCARTHY BLVD
MILPITAS, CA 95035

FLORIDA NATURAL GAS
Attn: Managing Member
P.O. BOX 934726
ATLANTA, GA 31193-4726

FOLSOM LOCK & KEY
Attn: Managing Member
75 NATOMA ST
FOLSOM, CA 95630

FRANKLIN MACHINE PRODUCTS
Attn: Managing Member
PO BOX 781570
PHILADELPHIA, PA 19178-1570

FRESH POINT SOUTHERN CALIF
Attn: Managing Member
155 N ORANGE AVE
CITY OF INDUSTRY, CA 91744-3432

FRESNO FIRE DEPARTMENT
Attn: Managing Member
911 H STREET
FRESNO, CA 93721-3083

FRESNO ROOFING COMPANY INC.
Attn: Managing Member
5950 EAST OLIVE AVE
FRESNO, CA 93727

FRONT LINE SALES INC.
Attn: Managing Member
PO BOX 670
LA VERNE, CA 91750

G AND S SERVICE AND REPAIR LL
Attn: Managing Member
440 SYLVAN SPRINGS RD
ST LOUIS, MO 63125-4175

GARDA CL WEST
Attn: Managing Member
LOCKBOX #233209
3209 MOMENTUM PLACE
CHICAGO, IL 60689-5332

GCS SERVICE INC
Attn: Managing Member
24673 NETWORK PLACE
CHICAGO, IL 60673-1246

GRAND PLAZA LLC
C/O NEWMARK MERRILL COMPANIES
Attn: Managing Member
PO BOX 31001 2348
PASADENA, CA 91110-2348

GREEN TEC KITCHENS INC
DBA DOMESTIC BIOENERGY
Attn: Managing Member
1064 SAND BAR CIRCLE
CARMICHAEL, CA 95608

HAMCO BUSINESS INFORMATION
SUPPLIES
Attn: Managing Member
137 WELDON PKWY
MARYLAND HEIGHTS, MO 63043

HARBOR DIST CA
DBA GATE CITY ALLIED UNIQ CRFT
Attn: Managing Member
1625 S LEWIS ST
ANAHEIM, CA 92805

HENSLEY & CO
Attn: Managing Member
4201 N 45TH AVE
PHOENIX, AZ 85031

HORNS BACKFLOW AND
PLUMBING SERVICES INC
Attn: Managing Member
24749 AVE ROCKEFELLER
VALENCIA, CA 91355

HUSSEY BROS INC.
Attn: Managing Member
903 GEORGE ST.
SANTA CLARA, CA 95054

J & A STEAM CLEANING
Attn: Managing Member
7920 AUBURN BLVD
CITRUS HEIGHTS, CA 95610

GARDNER ELECTRIC CO
DBA GARDNER ELECTRIC CO.
Attn: Managing Member
5107 SHALIMAR CIR
FREMONT, CA 94555

GPL PROPERTY COMPANY
C/O TRYAD PROPERTIES
Attn: Managing Member
556 N DIAMOND BAR BLVD #200
DIAMOND BAR, CA 91765

GRANITE TELECOMMUNICATIONS
Attn: Managing Member
CLIENT ID#311
PO BOX 983119
BOSTON, MA 02298-3119

GREENWOOD RETAIL PLAZA ASSN
Attn: Managing Member
7343 S. ALTON WAY #100
ENGLEWOOD, CO 80112

HANDS ON IMPROVEMENTS
Attn: Managing Member
27850 N 99 DR
PEORIA, AZ 85383

HAWKINS ELECTRICAL SVC CO INC
DBA HAWKINS COM APPLIANCE SVC
Attn: Managing Member
3000 S. WYANDOT
ENGLEWOOD, CO 80110

HIGH COUNTRY ASSETS INC
DBA SERVPRO OF AURORA
Attn: Managing Member
7325 S REVERE PKWY STE 503
ENGLEWOOD, CO 80112

HOTSCHEDULES
Attn: Managing Member
PO BOX 848472
DALLAS, TX 75284-8472

INDEED INC
Attn: Managing Member
MAIL CODE 5160
PO BOX 660367
DALLAS, TX 75266-0367

JACK E. BOLAND / DORIS BOLAND
Attn: Managing Member
27965 ROBLE ALTO AVE
LOS ALTOS HILLS, CA 94022

GASKETS USA LLC
Attn: Managing Member
10741 SHERMAN WAY #3
SUN VALLEY, CA 91352

GPL PROPERTY COMPANY LLC
Attn: Managing Member
4664 W. 6TH STREET
LOS ANGELES, CA 90020

GREASE MASTERS LLC
Attn: Managing Member
PO BOX 132
COTTLEVILLE, MO 63338

H2ONLY
Attn: Managing Member
3328 N. LINDBERGH
ST. LOUIS, MO 63074

HARALAMBOS BEVERAGE COM.
Attn: Managing Member
PO BOX 6005
EL MONTE, CA 91734-2005

HAYWARD CHAMBER OF COMME
Attn: Managing Member
22561 MAIN STREET
HAYWARD, CA 94541

HOOD SPECIALISTS INC
DBA FACILITEC SOUTHWEST
Attn: Managing Member
2300 COLD SPRINGS RD
FT WORTH, TX 76106

HOY HOLM
DBA COMM UPHOLSTERY & REM
Attn: Managing Member
PO BOX 835
GARDEN GROVE, CA 92843

INDUSTRIAL ELECTRIC COMMERC
PARTS AND SERVICE
Attn: Managing Member
PO BOX 3929
HUNTNGTON BEACH, CA 92605

JAD JAJEH
Attn: Managing Member
220 CYPRESS AVE
S SAN FRANCISCO, CA 94080

JAIME SIREBRENIK
JAIME AND IRENE SIREBRENIK TR
9454 WILSHIRE BLVD  STE 207
BEVERLY HILLS, CA 90212

J & C SHARPENING SERVICE
Attn: Managing Member
4310 W TOMPLINS AVE
LAS VEGAS, NV 89103

J & M MECHANICAL INC
DBA  MAS SERVICE
Attn: Managing Member
5542 BRISA STREET SUITE H
LIVERMORE, CA 94550

JEFF TRICE
Attn: Managing Member
10715 CARILLON CT
SAN DIEGO, CA 92131

JEFFERSON COUNTY TREASURER
TAX PAYMENTS ONLY
DEPARTMENT 2075
DENVER, CO 80256-0001

JEFFREY JAJEH
Attn: Managing Member
220 CYPRESS AVE
SOUTH SAN FRANCISCO, CA 94080

JG DUTRA & SON
Attn: Managing Member
4568 THORTON AVE
FREMONT, CA 94536-5662

JORDAN KAUFMAN - KCTTC
PAYMENT CENTER
Attn: Managing Member
PO BOX 541004
LOS ANGELES, CA 90054-1004

JORGE RAMOS LANCSCAPE
Attn: Managing Member
73-900 DINAH SHORE DR STE 202
PALM DESERT, CA 92211

JORGENSEN & CO.
Attn: Managing Member
2691 S. EAST AVE.
FRESNO, CA 93706

JSJIJ INC
DBA CREATIVE COLORS INTL
Attn: Managing Member
1939 WENTZVILLE PKWY STE 143
WENTZVILLE, MO 63385

JUAN A. SUAREZ TILE
REMODELING SERVICE
Attn: Managing Member
1412 DETROIT AVE.
CONCORD, CA 94520

JUAN ROMERO GARDENING
Attn: Managing Member
PO BOX 372
TORRANCE, CA 90507

JUST WINDOWS
Attn: Managing Member
P.O. BOX 31367
DES PERES, MO 63131

KOOCHENVAGNERS BREWING COIN
DBA STONE BREWING COMPANY
Attn: Managing Member
2865 EXECUTIVE PLACE
ESCONDIDO, CA 92029

KSR CORPORATION
Attn: Managing Member
PO BOX 54716
PHOENIX, AZ 85078

LACLEDE GAS COMPANY
Attn: Managing Member
DRAWER 2
ST LOUIS, MO 63171

LAKEWOOD MALL
Attn: Managing Member
MACERICH LAKEWOOD LLC
PO BOX 849464
LOS ANGELES, CA 90084-9464

LEEPCO CARPET SERVICES INC
Attn: Managing Member
1414 S WINONA WAY
DENVER, CO 80219-3730

LEGACY SERVICE AND SUPPLY LLC
Attn: Managing Member
8112 EMS CROSSING LN
HILLSBORO, MO 63050

LIBERTY FRUIT COMPANY INC.
Attn: Managing Member
1247 ARGENTINE BLVD.
KANSAS CITY, KS 66105-1508

LIGHTING LOCK AND KEY
Attn: Managing Member
3107 TEXAS ST. N.F.
ALBUQUERQUE, NM 87110

LNS JANITORIAL SERVICE
Attn: Managing Member
1867 CAMELLIA DR
TRACY, CA 95376

LOS ANGELES COUNTY FIRE DEP
Attn: Managing Member
PO BOX 513148
LOS ANGELES, CA 90051-1148

LOS ANGELES COUNTY TAX
COLLECTOR
Attn: Managing Member
PO BOX 54888
LOS ANGELES, CA 90054-0888

LOS ANGELES COUNTY TAX
COLLECTOR
Attn: Managing Member
PO BOX 54018
LOS ANGELES, CA 90054-0018

LOST PEARL CREATIVE LLC
Attn: Managing Member
18900 DALLAS PARKWAY #125
DALLAS, TX 75287

MANSOUR GANJI
DBA ATLAS BUILDING MAINTENANCE
Attn: Managing Member
PO BOX 1634
CARMICHAEL, CA 95609

MARICOPA COUNTY TREASURER
Attn: Managing Member
PO BOX 52133
PHOENIX, AZ 85072-2133

MARKSTEIN BEVERAGE OF
SACRAMENTO
Attn: Managing Member
60 MAIN AVE
SACRAMENTO, CA 95838

MARY OAKLEY FOUNDATION INC
C/O WILLIAM C. STIVELMAN MD
494 TWIN OAKS CT
THOUSAND OAKS, CA 91362-3166

MC POWER WASHING LLC
Attn: Managing Member
P.O. BOX 76282
COLORADO SPRINGS, CA 80970

MELISSA WALLERY
Attn: Managing Member
8378 S UPHAM WAY A105
LITTLETON, CO 80128

MIDWEST ELECTRONIC SYSTEMS
Attn: Managing Member
2000 FORUM BLVD SUITE 6
COLUMBIA, MO 65203

MONTE VISTA WATER DISTRICT
Attn: Managing Member
PO BOX 71
10575 CENTRAL AVENUE
MONTCLAIR, CA 91763

NATHAN PAWLIK
UNIVERSITY OF N MEX BLK & GLD
Attn: Managing Member
1836 LOMAS BLVD NE
ALBUQUERQUE, NM 87131

NEVADA BEVERAGE COMPANY
Attn: Managing Member
FILE 50950
LOS ANGELES, CA 90074-0950

NUCO2 INC
DBA  NUCO LLC
Attn: Managing Member
PO BOX 417902
BOSTON, MA 02241-7902

ORANGE COUNTY TAX COLLECTOR
SCOTT RANDOLPH
Attn: Managing Member
PO BOX 545100
ORLANDO, FL 32854-5100

ORLANDO UTILITY COMMISSION
Attn: Managing Member
PO BOX 31329
TAMPA, FL 33631-3329

MCA GRANT JOINT UTION
Attn: Managing Member
PO BOX 2588
S.SAN FRANCISCO, CA 94083

MCBRIDE LIGHTING INC
Attn: Managing Member
16026 W 5TH AVE
GOLDEN, CO 80401

MEX EXPRESS INC
Attn: Managing Member
2141 MISSION ST STE B
SAN FRANCISCO, CA 94110

MIDWEST REPAIR SERVICE LLC
Attn: Managing Member
217 UPTON ST
ST LOUIS, MO 63111

MOUNTAIN SALES & SERVICE
Attn: Managing Member
6759 E. 50TH STREET
COMMERCE CITY, CO 80022

NATIONAL REGISTERED AGENTS INC
Attn: Managing Member
PO BOX 4349
CAROL STREAM, IL 60197-4349

NEVADA POWER
Attn: Managing Member
PO BOX 30086
RENO, NV 89520-3086

O HARE REFRIGERATION AND AIR
Attn: Managing Member
2701 DEL PASO RD
STE 130 BOX 291
SACRAMENTO, CA 95835

ORCHARD CITY LOCK & SAFE INC
Attn: Managing Member
2254 S. BASCOM AVE.
CAMPBELL, CA 95008

PACIFIC GAS & ELECTRIC
Attn: Managing Member
BOX 997300
SACRAMENTO, CA 95899-7300

MADISON ALARM CO. INC.
Attn: Managing Member
8401 N. FRESNO STREET
FRESNO, CA 93720

MEGAPRINTS INC
Attn: Managing Member
4270 N BRAWLEY AVE
FRESNO, CA 93722

MICHAEL A MOLENARI
DBA   CUTTING EDGE SHARPEN SV
Attn: Managing Member
2708 VIA VENADO
SANTA FE, NM 87505

MISSION LINEN SUPPLY CORP
Attn: Managing Member
PO BOX 1299
SANTA BARBARA, CA 93102-1299

MURPHY COMPANY
Attn: Managing Member
PO BOX 790379
ST. LOUIS, MO 63179

NEON WORKS INC.
Attn: Managing Member
967 GRACE AVE
OAKLAND, CA 94608

NOR CAL BLINDS
Attn: Managing Member
PO BOX 1812
WINDSOR, CA 95492

OPENTABLE INC
Attn: Managing Member
PO BOX 8395
PASADENA, CA 91109-8395

ORLANDO SUPER SOURCE LLC
Attn: Managing Member
3655 KENNESAW 75 PKWY STE 100
KENNESAW, GA 30144

PACIFIC MECHANICAL SERVICES
Attn: Managing Member
2275 DALE AVENUE
SACRAMENTO, CA 95815

PAWLOWSKI, INC.

PAWTRONICS SYSTEM INC
Attn: Managing Member
80 BRIDGE ST
NEWTON, MA 02458

PDQ MAINTENANCE & REPAIR
Attn: Managing Member
5277 BREESE CIR
EL DORADO HILLS, CA 95762

PENINSULA COMMERCIAL KITCHEN
KITCHEN EQUIPMENT
Attn: Managing Member
517-G MARINE VIEW AVE
BELMONT, CA 94002

PHILLIP RAMOS UPHOLSTERY INC
Attn: Managing Member
3835 ELM STREET UNIT E
DENVER, CO 80207

PLAYNETWORK INC
Attn: Managing Member
PO BOX 204515
DALLAS, TX 75320-4515

PNM
Attn: Managing Member
PO BOX 27900
ALBUQUERQUE, NM 87125-7900

POST ALARM SYSTEMS
Attn: Managing Member
47 EAST ST. JOSEPH STREET
ARCADIA, CA 91006

PRD REPAIR INC
DBA   PRINTER REPAIR DEPOT
Attn: Managing Member
8248 RRONSON RD
SAN DIEGO, CA 92111

PRECISION OFFSET INC
DBA   PRECISION SERVICES GROUP
Attn: Managing Member
15201 WOODLAWN AVE
TUSTIN, CA 92780

PRICKETTS DISTRIBUTING INC.
Attn: Managing Member
123 M STREET
FRESNO, CA 93721

PRK HOLDINGS IV LLC
DBA   FREMONT RETAIL PARTNER
Attn: Managing Member
PO BOX 82565
GOLETA, CA 93118-2565

PROFESSIONAL VENT CLEANING
Attn: Managing Member
30250 12TH STREET
NUEVO, CA 92567

PROPCOR II ASSOCIATES LLC
DBA BOULEVARD SHOPS A
Attn: Managing Member
PO BOX 31001 2049
PASADENA, CA 91110-2049

QUICKSTITCH UPHOLSTERY
Attn: Managing Member
1049 VERNON WAY
EL CAJON, CA 92020

R&B COMMERCIAL SERVICE INC.
Attn: Managing Member
P.O. BOX 36378
ALBUQUERQUE, NM 87176-6378

RAMCO REFRIGERATION AND AC INC
Attn: Managing Member
3921 E MIRALOMA
ANAHEIM, CA 92806

RAYNE WATER SAN JOSE
DBA RAYNE OF SAN JOSE
Attn: Managing Member
2941 DAYLIGHT WAY
SAN JOSE, CA 95111

RAYSCO INC
Attn: Managing Member
3995 W QUAIL AVE STE D
LAS VEGAS, NV 89118

RECOLOGY SAN MATEO COUNTY
Attn: Managing Member
225 SHOREWAY RD
SAN CARLOS, CA 94070

RED BOOK CONNECT LLC
DBA   RED BOOK SOLS PLANIT PL
Attn: Managing Member
33270 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0332

REGENCY LIGHTING
Attn: Managing Member
PO BOX 205325
DALLAS, TX 75320-5325

RENN UPHOLSTERY
Attn: Managing Member
1155 BARSTOW
CLOVIS, CA 93612

RENT RITE INC
DBA RENT RITE THE PARTY PEOP
Attn: Managing Member
2170 EVERGREEN ST
SACRAMENTO, CA 95815

REPUBLIC SERVICES SACRAMENTO
Attn: Managing Member
P.O. BOX 78829
PHOENIX, AZ 85062-8829

RESTAURANTMATRIX LLC
Attn: Managing Member
PO BOX 1357
LAKE FOREST, CA 92609-1925

ROADRUNNER FOOD BANK OF N
Attn: Managing Member
5840 OFFICE BLVD NE
ALBUQUERQUE, NM 87109

ROCKY MOUNTAIN BUSINESS PRODUCTS
Attn: Managing Member
2020 SOUTH PONTIAC WAY
DENVER, CO 80224

ROSS WERSCHING & WOLCOTT LLP
Attn: Managing Member
3151 AIRWAY AVE STE S-1
COSTA MESA, CA 92626

ROTO ROOTER
Attn: Managing Member
2141 INDUSTRIAL CT STE D
VISTA, CA 92081

ROTO ROOTER SERVICES CO INC
Attn: Managing Member
5672 COLLECTIONS CENTER DR
CHICAGO, IL 60693

RUSSEL LEE INTERPRISES
Attn: Managing Member
211 BUSH CT
BAKERSFIELD, CA 93387-0773

S QUEST CONFLUENCE CO LLC
Attn: Managing Member
9000 E CHENANGO AVE STE 102
GREENWOOD VILLIAGE, CO 80111

SACRAMENTO CNTY - DEPT OF
FINANCE UNSECURE TAX UNIT
Attn: Managing Member
PO BOX 508
SACRAMENTO, CA 95812-0508

SACRAMENTO COUNTY UTILITIES
Attn: Managing Member
PO BOX 1804
SACRAMENTO, CA 95812

SACRAMENTO RENDERING CO IN
DBA SRC PUMPING CO
Attn: Managing Member
11350 KIEFER BLVD
SACRAMENTO, CA 95830

SAN JOSE WATER COMPANY
Attn: Managing Member
110 W TAYLOR ST
SAN JOSE, CA 95110-2131

SAN MARCOS CHAMBER OF COMMERCE
Attn: Managing Member
904 W. SAN MARCOS BLVD
SAN MARCOS, CA 92078

SAN MARCOS MARKET
Attn: Managing Member
500 RANCHO SANTA FE
SAN MARCOS, CA 92078

SAN MATEO COUNTY (MOSQUITO)
VECTOR CONTROL
Attn: Managing Member
1351 ROLLINS ROAD
BURLINGAME, CA 94010-2409

SANACT INC
Attn: Managing Member
5717 BRISA ST
LIVERMORE, CA 94550

SANTA CLARA CNTY TAX COLLE
CNTY GVMT CTR EAST WING 6TH FL
Attn: Managing Member
70 W HEDDING ST
SAN JOSE, CA 95110-1767

SBC TAX COLLECTOR
Attn: Managing Member
268 W HOSPITALITY LN 1ST FLOOR
SAN BERNARDINO, CA 92415-0360

SCHNADER HARRISON SEGAL AND
LEWIS LLP
Attn: Managing Member
1600 MARKET ST STE 3600
PHILADELPHIA, PA 19103

SECOND HARVEST FOOD BANK
Attn: Managing Member
750 CURTNER AVE
SAN JOSE, CA 95125

SECURITY PRODUCTS
Attn: Managing Member
30950 CORRAL DRIVE #B
COARSEGOLD, CA 93614

SECURITY SIGNAL DEVICES INC.
Attn: Managing Member
1740 N LEMON ST
ANAHEIM, CA 92801

SENTINEL FIRE
Attn: Managing Member
PO BOX 161265
SACRAMENTO, CA 95816

SERVICE MANAGEMENT GROUP INC
Attn: Managing Member
1737 MCGEE
KANSAS CITY, MO 64108

SHAMROCK DEVELOPMENT CO.
Attn: Managing Member
1333 WILLOW PASS RD
SUITE 211
CONCORD, CA 94520

SHAMROCK DISCOUNT JANITOR
SUPPLY INC
Attn: Managing Member
2511 SAN MATEO BLVD NE
ALBUQUERQUE, NM 87110

SIGN UP
Attn: Managing Member
8230 BELVEDERE AVENUE STE B
SACRAMENTO, CA 95826

SIGNART OF NEW MEXICO INC
Attn: Managing Member
117 VERANDA RD NW
ALBUQUERQUE, NM 87107

SKAATES CANEPA INC
DBA  SKAATES INC
Attn: Managing Member
1461 ROLINS RD
BURLINGAME, CA 94010

SMUD
Attn: Managing Member
PO BOX 15555
SACRAMENTO, CA 95852-1555

SNAGAJOB.COM  INC
Attn: Managing Member
4851 LAKE BROOK DRIVE
GLEN ALLEN, VA 23060

SNO-WHITE LINEN UNIFORM
Attn: Managing Member
P.O. BOX 6420
COLORADO SPRINGS, CO 80934

SONITROL OF SACRAMENTO
Attn: Managing Member
1334 BLUE OAKS BLVD
ROSEVILLE, CA 95678

SOUTHERN CALIFORNIA EDISON
Attn: Managing Member
PO BOX 300
ROSEMEAD, CA 91772-0001

SOUTHERN CALIFORNIA GAS CO
REPAIRS SUNDRY BILLING
PO BOX 2007
MONTEREY PARK, CA 91754-0957

SOUTHERN WINE & SPIRITS (NV)
Attn: Managing Member
PO BOX 19299
LAS VEGAS, NV 89132-0299

SOUTHERN WINE & SPIRITS OF CALIF
Attn: Managing Member
33321 DOWE AVE
UNION CITY, CA 94587

SOUTHERN WINE & SPIRITS OF
NEW MEXICO INC
Attn: Managing Member
123 MONTANO NW STE C
ALBUQUERQUE, NM 87107

SOUTHLAND MALL LP
Attn: Managing Member
SDS-11-1150 PO BOX 86
MINNEAPOLIS, MN 55486-1150

SOUTHWEST GAS CORPORATION
Attn: Managing Member
PO BOX 98890
LAS VEGAS, NV 89193-8890

SPECIAL T WATER SYSTEMS IN
Attn: Managing Member
PO BOX 165
WHITTIER, CA 90608

SRB, INC.
ATTN: MANAGING MEMBER
P.O. BOX 189
Bedford Hills, NY 10507

SRP
Attn: Managing Member
PO BOX 80062
PRESCOTT, AZ 86304-8062

SS HOM FAMILY TRUST TWO
DBA  PEORIA ELEPHANT BAR LLC
Attn: Managing Member
PO BOX 610
MORGAN HILL, CA 95038-0610

ST LOUIS AREA FOOD BANK
Attn: Managing Member
Attn: Managing Member
70 CORPORATE WOODS DR
BRIDGETON, MO 63044

ST LOUIS COUNTY
ACCOUNTING DEPT PUBLIC WORKS
Attn: Managing Member
41 S CENTRAL AVE 6TH FL
CLAYTON, MO 63105

STANLEY STEAMER (ORLANDO)
Attn: Managing Member
P.O. BOX 608128
ORLANDO, FL 32860

STAPLES BUSINESS ADVANTAGE
Attn: Managing Member
DEPT LA PO BOX 83689
CHICAGO, IL 60696-3689

STATE BOARD OF EQUALIZATION
ENVIRONMENTAL FEES DIVISION
Attn: Managing Member
PO BOX 942879
SACRAMENTO, CA 94279-6001

STATE INDUSTRIAL PRODUCTS
Attn: Managing Member
PO BOX 74189
CLEVELAND, OH 44194-0268

SUBURBAN WATER SYSTEMS
Attn: Managing Member
PO BOX 6105
COVINA, CA 91722

SUNRISE MALL PROPERTY LLC
Attn: Managing Member
PO BOX 80518
CITY OF INDUSTRY, CA 91716-8518

SUPERTINT NU/CAR TRIM
Attn: Managing Member
10922 E. GARVEY AVE
EL MONTE, CA 91733

SYSCO ARIZONA INC - ARIZONA
Attn: Managing Member
PO BOX 23430
PHOENIX, AZ 85063-9959

SYSCO CORPORATION CORP. HEADQUARTERS
ATTN: MANAGING MEMBER
1390 ENCLAVE PARKWAY
DEPT. A305
Houston, TX 77077

SYSCO LOS ANGELES INC
Attn: Managing Member
20701 E CURRIER RD
WALNUT, CA 91789

SYSCO LOS ANGELES, INC
ATTN: MANAGING MEMBER
18900 DALLAS PARKWAY 125
Dallas, TX 75287

SYSCO SACRAMENTO INC
Attn: Managing Member
PO BOX 138007
SACRAMENTO, CA 95813-8001

SYSCO SACRAMENTO, INC.
ATTN: MANAGING MEMBER
7062 PACIFIC AVE.
Pleasant Grove, CA 95668

TEAM ELECTRIC INC
Attn: Managing Member
1158 S LIPAN STREET
DENVER, CO 80223

TELEPACIFIC
Attn: Managing Member
P.O. BOX 509013
SAN DIEGO, CA 92150-9013

THE GROWING COMPANY INC
Attn: Managing Member
4 WAYNE COURT BLDG 3
SACRAMENTO, CA 95829

THE MORADA GROUP LP
Attn: Managing Member
24 W. CALLE LAURELES
SANTA BARBARA, CA 93105

THE RUBEN CORTEZ INC
DBA  RCS MECHANICAL SERVICES
Attn: Managing Member
4161 INGOT STREET
FREMONT, CA 94538

THE STERITECH GROUP INC.
Attn: Managing Member
7600 LITTLE AVE
CHARLOTTE, NC 28226

TLC COMPANY INC
DBA TLC PLUMBING & UTILITY
Attn: Managing Member
5000 EDITH BLVD NE
ALBUQUERQUE, NM 87107

TODD DAHLBORG MAINTENANCE
Attn: Managing Member
782 E ELLERY AVE
FRESNO, CA 93710

Attn: Managing Member
PO BOX 845053
DALLAS, TX 75284-5053

TREE SCULPTURE
Attn: Managing Member
463 ROLAND WAY
OAKLAND, CA 94621

TWO POWERS CORPORATION
DBA   REYNALDO CARPET/UPHOL CLG
Attn: Managing Member
220 MADISON AVE #B
REDWOOD CITY, CA 94061

UNITED RESTAURANT SUPPLY IN
Attn: Managing Member
725 CLARK PLACE
COLORADO SPRINGS, CO 80915

UNIVERSAL WASTE SYSTEMS INC.
Attn: Managing Member
PO BOX 3038
WHITTIER, CA 90605

UPS
Attn: Managing Member
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001

VALLECITOS WATER DISTRICT
Attn: Managing Member
201 VALLECITOS DE ORO
SAN MARCOS, CA 92069-1453

VALLEY WIDE REFRIGERATION INC
Attn: Managing Member
10205 RIO DEL MAR DRIVE
BAKERSFIELD, CA 93311

VEGAS VALLEY BEVERAGE INC.
Attn: Managing Member
3775 W. TECO AVE #6
LAS VEGAS, NV 89118

VERIZON BUSINESS
Attn: Managing Member
PO BOX 15043
ALBANY, NY 12212-5043

VERIZON WIRELESS
Attn: Managing Member
PO BOX 660108
DALLAS, TX 75266-0108

VICKI CROW CPA
Attn: Managing Member
HALL OF RECORDS #105
2281 TULARE ST PO BOX 1192
FRESNO, CA 93715-1192

VILLAGIO SHOPPING CENTER LLC
C/O MANCO ABBOTT INC
Attn: Managing Member
P O BOX 9440
FRESNO, CA 93792-9440

VORTEX COLOADO INC.
Attn: Managing Member
1801 W OLYMPIC BLVD.
FILE 1095
PASADENA, CA 91199-1095

WALTER C VOIGT INC
DBA   CULLIGAN
Attn: Managing Member
2479 S ORANGE AVENUE
FRESNO, CA 93725-1332

WASSERSTROM COMPANY
Attn: Managing Member
477 S. FRONT STREET
COLUMBUS, OH 43215

WASTE MANAGEMENT
Attn: Managing Member
PO BOX 78251
PHOENIX, AZ 85062-8251

WASTE MANAGEMENT (ORLANDO)
Attn: Managing Member
P.O. BOX 105453
ATLANTA, GA 30348-5453

WASTE MANAGEMENT OF ST. LO
Attn: Managing Member
PO BOX 9001054
LOUISVILLE, KY 40290-1054

WASTE MANAGEMENT OF SUN VALLEY
Attn: Managing Member
PO BOX 541065
LOS ANGELES, CA 90054-1065

WATER WORKS
Attn: Managing Member
PO BOX 464
RANCHO CUCAMONGA, CA 91729

WESSON SERVICES COMPANY INC
DBA   ALL AMERICAN MECHANICA
Attn: Managing Member
2910 N POWERS BLVD #454
COLORADO SPRINGS, CO 80922

WEST COUNTY MALL CMBS LLC
Attn: Managing Member
PO BOX 74045
CLEVELAND, OH 44194-4045

WEST PUBLISHING CORPORATION
DBA   THOMSON REUTERS WEST
Attn: Managing Member
PO BOX 6292
CAROL STREAM, IL 60197-6292

WEST VALLEY COLLECTION &
RECYCLING LLC
Attn: Managing Member
PO BOX 60248
LOS ANGELES, CA 90060-0248

WICK PHILLIPS GOULD AND
MARTIN LLP
Attn: Managing Member
3131 MCKINNEY AVE   STE 100
DALLAS, TX 75204

WILEY HOLDINGS GROUP INC
DBA   THINK WITH INK
Attn: Managing Member
9843 CHARTWELL
DALLAS, TX 75243

WILSON ELECTRIC
Attn: Managing Member
600 E. GILBERT DRIVE
TEMPE, AZ 85281

WINCO FOODS LLC
Attn: Managing Member
2300 WATT AVE
SACRAMENTO, CA 95825

WINE WAREHOUSE SOUTHERN CA
Attn: Managing Member
PO BOX 910900
LOS ANGELES, CA 90091-0900

WIRTZ BEVERAGE NEVADA
Attn: Managing Member
FILE 50329
LOS ANGELES, CA 90074-0329

WIRTZ BEVERAGE NEVADA BEER
Attn: Managing Member
FILE 50335
LOS ANGELES, CA 90074-0335

XCEL ENERGY
DBA XCEL ENERGY
Attn: Managing Member
PO BOX 9477
MINNEAPOLIS, MN 55484-9477

YIFTEE INC
Attn: Managing Member
565 MIDDLEFIELD RD
BUILDING 108    STE 101
MENLO PARK, CA 94025

YOUNGS MARKET OF CA LLC
Attn: Managing Member
500 S CENTRAL AVE
LOS ANGELES, CA 90013

1500 ARDEN WAY PTSHP
1826 INDUSTRIAL WAY
SUITE 24
REDWOOD CITY, CA 94063

1500 ARDEN WAY PTSHP
c/o Don G. Price
2101 Hurley Way
SACRAMENTO, CA 95825-3208

BAYSHORE PROPERTIES
ATTN: MANAGING MEMBER
4040 BARRANCA PARKWAY
STE. 220
IRVINE, CA 92714

BAYSHORE PROPERTIES
ATTN: MR. CHRISTOPER VEITCH
4040 BARRANCA PARKWAY
STE. 220
IRVINE, CA 92714

DEL AMO ASSOCIATES, LLC
C/O FREMONT BANK
P O BOX 4795
HAYWARD
CA, 94540-4795

HUNT UPTOWN, LLC

HUNT UPTOWN, LLC
C/O HUNT ELP, LTD. TX PARTNERSHIP
ATTN: MANAGING MEMBER
4401 N. MESA STREET
EL PASO, IL 79902

HUNT UPTOWN, LLC
C/O HB GP, LLC
ATTN: GUY ARNOLD
3033 E. 1ST AVE.
DENVER, CO 80206

JB MANAGEMENT INC.

SHOPS ON THE GREEN, LLC
ATTN: MANAGING MEMBER
901 N. GREEN VALLEY PKWY
#200
HENDERSON, NV 89074

SHOPS ON THE GREEN, LLC
c/o AMERICAN NEVADA REALTY
901 N. GREEN VALLEY PKWY
HENDERSON, NV 89074

SOUTHLAND MALL LP
North Wacker Drive
Chicago, IL

STEADFAST SUNRISE V, LLC

Nevada Attorney General
555 E. Washington Ave. #300
Las Vegas, NV 89101